NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM REESE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D16-4809
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____ )

Opinion filed January 18, 2019.

Appeal from the Circuit Court for Charlotte
County; George C. Richards, Judge.

Michael Berg, Miami, for Appellant.

Ashley Brooke Moody, Attorney General,
Tallahassee, and Kiersten E. Jensen,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, BLACK, and BADALAMENTI, JJ., Concur.